DANIEL RHINEHART *et ux.*, Plaintiffs in Error, *v.* WILLIAM J. STEVENSON *et al.*, Defendants in Error.

ERROR TO EFFINGHAM.

A decree of foreclosure, which only allows twelve months for redemption, and directs that after that time, an absolute conveyance shall be made, is erroneous.

THE complainants in the court below filed their bill in the Circuit Court of Effingham county, against the plaintiffs in error, to foreclose a mortgage on certain tracts of land. The decree

of the court directs, in default of payment in ninety days, that the master in chancery sell the premises. "And if the same shall not be redeemed at the expiration of *twelve months* from the date of said sale, the said master in chancery aforesaid shall execute and deliver unto the said purchaser a *deed* for said lands," etc.

KAGAY & THORNTON, and STUART & EDWARDS, for Plaintiffs in Error.

H. CASE, for Defendants in Error.

CATON, C. J.  The decree entered in this case only allows twelve months for redemption, by any party requiring an absolute conveyance to be made to the purchaser, if not redeemed in that time.  This was an error—inadvertent, without doubt, but fatal, as the law authorizes a redemption within fifteen months, by judgment creditors of the mortgagor.

Several other errors have been assigned, which we do not think it necessary now to consider.

The decree must be reversed, and the suit remanded.

*Decree reversed.*